**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO: 26-______** |
| **v.** | : | **DATE FILED: __________** |
| **HACINA SAADI** | : | **VIOLATION:** **18 U.S.C. § 611 (voting by alien – 1 count)** |
| | : | **Consent to Proceed Before U.S. Magistrate Judge** |

**MISDEMEANOR INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 5, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**HACINA SAADI,**

an alien, knowing that she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Presidential elector.

In violation of Title 18, United States Code, Section 611.

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**HACINA SAADI**

MISDEMEANOR INFORMATION

Counts

**18 U.S.C. § 611 (voting by alien 1 count)**
**Consent to Proceed Before U.S. Magistrate Judge**

A true bill.

_______________________________________

Foreperson

Filed in open court this ______________________________day,
Of ______________________A.D. 20____________

_______________________________________

Foreperson

Bail, $_________________